THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY LAUTNER, Relator, v. JOSEPH A. WARREN, as Police Commissioner of The City of New York, Respondent.* —. Determination of the police commissioner of the city of New York annulled and relator reinstated, with fifty dollars costs and disbursements. We are of opinion that the evidence is insufficient to support the findings made as to defendant's guilt. Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.

FELIX Q. RAST, Respondent, v. PIPE AND TUBE BENDING CORPORATION OF AMERICA, Appellant.†— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Rich, Young and Hagarty, JJ., concur; Kapper, J., dissents upon the ground that the alleged contract for the additional 4,000 machines is indefinite and lacks mutuality.

MARGARET G. TULLY, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order granting motion for summary judgment, and judgment entered thereon, reversed upon the law and the facts, with costs, and complaint dismissed, with costs. Without passing upon the procedure adopted by the plaintiff in this case, we are of opinion that the decision by the learned Trial Term, canceling and setting aside the general release executed by plaintiff's assignor, is without evidence to support it. We find that the release executed by plaintiff's assignor and the surrender, for cancellation, of the policies upon which plaintiff bases her action were not induced or procured by defendant by any fraud practiced upon her. The determination of this issue against plaintiff disposes of all her claims. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Lazansky, P. J., Hagarty, Seeger and Carswell, JJ., concur; Young, J., dissents. Settle order on notice.

SOUTH OZONE PARK LUMBER AND SUPPLY CORPORATION, Respondent, v. GELLER HOLDING CORPORATION and Another, Defendants. ROCKFIELD DEVELOPMENT CORPORATION, Appellant.— Order denying motion to dismiss amended complaint as to defendant Rockfield Development Corporation affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

BEULA VAN BLARCOM, Respondent, v. CLIFFORD A. STORM, Appellant.— Order denying defendant's motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ., concur.

JACOB FENDRICK, Respondent, v. CLARENCE BERWIN, Appellant.— Application denied, with ten dollars costs.

ALICE BEAVOR-WEBB, Appellant, v. VILLAGE OF SCARSDALE, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.